## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ALLSTATE INDEMNITY COMPANY,**                                      **PLAINTIFF**

v.                         Case No. 4:16-cv-00215-KGB

**WELLS FARGO BANK, N.A.;**
**TEMME A. TUNE, as administrator**
**of the Estate of Edwin Neal Malone,**                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 16). The Court has been advised that the parties have resolved the dispute between them and, based upon the foregoing, this lawsuit is hereby dismissed with prejudice.

So ordered this 30th day of September, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge